**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Action Imports, LP** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _5_ _4_ – _2_ _0_ _9_ _1_ _6_ _8_ _5_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1100 Ave S**<br>Number    Street | _____<br>Number    Street |
| | P.O. Box |
| **Grand Prairie**    **TX**    **75050**<br>City    State    ZIP Code | _____<br>City    State    ZIP Code |
| **Tarrant**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____<br>City    State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Action Imports, LP** _____   Case number (if known) _____

**7.** **Describe debtor's business**   *A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes*

____  ____  ____  ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
         District _____  When _____  Case number _____
                                              MM / DD / YYYY
         District _____  When _____  Case number _____
                                              MM / DD / YYYY

Debtor   **Action Imports, LP** _____     Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____

Case number, if known _____    MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Debtor _____    Relationship _____

District _____    When _____

Case number, if known _____    MM / DD / YYYY

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number        Street

_____

_____      _____    _____
City                         State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Action Imports, LP**                                          Case number (if known) _____

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/02/2025**
　　　　　　　 MM / DD / YYYY

**X /s/ Rick Alexander**
Signature of authorized representative of debtor

**Rick Alexander**
Printed name

**President**
Title

18. **Signature of attorney**

**X /s/ Craig D. Davis**          Date **06/02/2025**
Signature of attorney for debtor          MM / DD / YYYY

**Craig D. Davis**
Printed name

**Davis, Ermis & Roberts, P.C.**
Firm name

**2000 E. Lamar, Suite 780**
Number          Street

_____

**Arlington**                    **TX**      **76006**
City                             State     ZIP Code

**(817) 265-8832**               **davisdavisandroberts@yahoo.com**
Contact phone                    Email address

**00793588**                     **TX**
Bar number                       State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re  **Action Imports, LP**                                          Case No.   _____

                                                                       Chapter    **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................................. | **$28,262.00** |
| Prior to the filing of this statement I have received...................................................... | **$28,262.00** |
| Balance Due................................................................................................................ | **$0.00** |

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border: 1px solid black;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/02/2025** | **/s/ Craig D. Davis** |
| *Date* | *Craig D. Davis*                    Bar No.  00793588 |
| | Davis, Ermis & Roberts, P.C. |
| | 2000 E. Lamar, Suite 780 |
| | Arlington, TX 76006 |
| | Phone: (817) 265-8832 / Fax: (972) 262-3264 |

</div>

**/s/ Rick Alexander**

*Rick Alexander*
*President*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **Action Imports, LP**                                                          CASE NO

                                                                                                        CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/2/2025                                               Signature   **/s/ Rick Alexander**
                                                                                          *Rick Alexander*
                                                                                          *President*

Date _____          Signature   _____

Af Group
P.O. Box 734928
Chicago, IL 60673-4925

Boost Oxygen Llc
125 Old Gate Lane
Milford, CT 06460

City Of Austin Municipal Court
6800 Burleson Road
Building 310 , Suite 175
Austin, TX 78744


Alabama Department Of Revenue
50 N. Ripley St.
Montgomery, AL 36130

Breeze Air & Heat
2557 E Loop 820 N
Fort Worth, TX 76118

City Of Dallas
P.O. Box 650302
Dallas, TX  75265-0302


Alliance Rugby Club
6865 Meadow Crest Drive
North Richland Hills, TX 76180

Brown & Joseph, LLC
One Pierce Place, Ste. 700W
Itasca, IL 60143

City Of Grand Prairie Alarm Per
200 W. Main Street
Grand Prarie, TX 75050


Ally Bank
Payment Processing Center,
Po Box 78234,
Phoenix, AZ 85062-8234

Bucket Wonders
1145 S 1680 W
Orem, UT 84058

Colorado Dept of Revenue
1881 Pierce Street, Room 118
Lakewood, CO 80214


Ally Bank
500 Woodward Avenue
Detroit, MI 48226

Capital One
Attn:  Bankruptcy
P.O. Box 30285
Salt Lake City, UT  84130

Cornel Trading
2430 S Hill St., Unit 300
Los Angeles, CA 90007


AMEX
28 Liberty Street
New York, NY 10005

Chase Bank
P.O. Box 901032
Fort Worth, TX 76101

Cube Dash Freight
P.O. Box 102711
Pasedena, CA 91189-2711


AMEX - Corp
28 Liberty Street
New York, NY 10005

Chase Bank
P.O. Box 15123
Wilmington, DE  19850

Dallas County Tax Office
500 Elm Street, Ste 3300
Dallas, TX 75202


Artistic Impressions, Inc.
115 Kurtz Ln.
Hamilton, MT 59840

Cirro Energy
P.O. Box 2229
Houston, TX 77252-2229

Dm Merchandising, Inc.
835 N. Church Ct
Elmhurst, IL 60126


Auspi Group
417 South Associated Rd. #102
Brea, CA 92821

Citibank, N.A.
P.O. Box 790034
St. Louis, MO 63179

Dmg AC
2791 Macarthur Blvd, Suite 300
Lewisville, TX 75067


Azar International
P.O. Box 567
Paramus, NJ 07653

City of Arlington
Alarm Office
Po Box 1065 Ms-04-0101
Arlington, TX 76004-1065

Dun & Bradstreet
3501 Corporate Pkwy
Center Valley, PA 18034

E&S Pets
725 Broadway Ave
Holbrook, NY 11741

Goat Products Inc.
130 Mccormick Ave., Ste. 105
Costa Mesa, CA 92626

Indiana Department Of Revenue
100 North Senate Avenue
Indianapolis, IN 46204


Eagle Emblems, Inc
11365 Commercial Parkway
Castroville, CA 95012

Gulf Coast Bank
5949 Sherry Lane, Ste. 785
Dallas, TX 75225

Insurica
5100 N. Classen Blvd. Suite 300
Oklahoma City, OK 73118


Emc Insurance Companies
P.O. Box 219225
Kansas City, MO 64121-9225

Hicorp
4383 S. 91St E Ave
Tulsa, OK 74145

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


Fantasy Gifts
18 Ford Products Rd.
Valley Cottage, NY

Holden International
7000 Bryan Dairy Rd., Unit B-3
Largo, FL 33777

Internal Revenue Service
Centralized Insolvency Operatio
P.O. Box 7346
Philadelphia, PA  19101-7346


FDA
10903 New Hampshire Avenue
Wo66- G609
Silver Spring, MD 20993

I Control
9710 Traville Gateway Dr., #306
Rockville, MD 20850

Intuit Quickbooks
2700 Coast Avenue
Mountain View, CA 94043


FedEx
Po Box 660481
Dallas, TX  75266-0481

Idaho State Tax Commission
P.O. Box 76
Boise, ID 83707

Jada Toys (Diecast)
18521 Railroad Street
City Of Industry, CA 91748


FedEx Freight
Po Box 10306
Palatine, IL 60055-0306

Illinois Department Of Revenue
101 West Jefferson Street
Springfield, IL 62702

Jenkins Enterprises
P.O. Box 16384
North Little Rock, AR 72231


Florida Dept of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

In Store Group
6210 Ardrey Kell Rd, Ste 220
Charlotte, NC 28277

John R. Ames, CTA
P.O. Box 139066
Dallas, TX 75313-9066


Georgia Department Of Revenue
1800 Century Boulevard Ne, Suit
Atlanta, GA 30345

In Two
5963 La Place Court, Ste. 302
Carlsbad, CA 92008

Kentucky Department Of Revenue
501 High Street
Frankfort, KY 40601


Go Toys & Games Llc
6411 Burleson Rd.
Austin, TX 78744

Indiana Department Of Revenue
P.O. Box 6192
Indianapolis, IN 46206

L&Y Usa
3730 E. 26Th Street
Vernon, CA 90058

Debtor(s):  **Action Imports, LP**                    Case No.
                                                      Chapter: **11**

Lady Lord West (Wallets)
208 E 6Th St. Unite G 2
Los Angeles, CA 90014

Max Kick International Llc
800 Progress Center Ct Suite 50
Lawrenceville, GA 30043

North Dakota Office Of State Ta:
600 E. Boulevard Ave., Dept. 12
Bismarck, ND 58505

Lasergifts/ Dimension 9,Llc
Po Box # 7342
Carol Stream, IL 60197-7342

Michigan Department Of Treasury
Office Of Collections
P. O. Box 30199
Lansing, MI 48909

Nova 401(K) Associates
10777 Northwest Freeway
Suite 440
Houston, TX 77092

Leaman Container, Inc.
P O Box 24369
Fort Worth, TX 76124

Microsoft Online
One Microsoft Way
Redmond, WA 98052

Nv Sec Of State Corp
101 North Carson Street, Suite
Carson City, NV 89701

Legal Shield
Po Box 2629
Ada, OK 74821-2629

Mississippi Department Of Reven
500 Clinton Center Drive
Clinton, MS 39056

Ohio Department Of Taxation
4485 Northland Ridge Boulevard
Columbus, OH 43229

Lonestar Forklift
4213 Forest Ln
Garland, TX 75042

Missouri Department Or Revenue
301 West High Street
Jefferson City, MO 65101

Oklahoma Department Of Revenue
2501 North Lincoln Boulevard
Oklahoma City, OK 73194

Lotus Group
6821 Hiatus Rd.
Tamarac, FL 33321

Montana West Inc.
2606 Brenner Dr.
Dallas, TX 75220

Oklahoma Tax Commission
Po Box 26850
Oklahoma City, OK 73126-6850

Louisiana Department Of Revenue
617 North Third Street
Baton Rouge, LA 70802

Mosaico Jewelry
Pedro Moreno 580
Guadalajara, Jalisco 45100

Open Road Brands, Llc
3718 N. Rock Rd.
Wichita, KS 66726

Love's
10601 N. Pennsylvania Ave
Oklahoma City, OK 73120

Nevada Department Of Taxation
3850 Arrowhead Drive
Carson City, NV 89706

Oracle America, Inc
15612 Collections Center Dr.
Chicago, IL 60693

Mars Company Group
6750 Nw 79Th Avenue
Miami, FL 33166

North Carolina Dept Of Commerce
301 North Wilmington Street
Raleigh, NC 27601

Oregon Department Of Labor
P.O.Box 6200-35
Portland, OR 97228-6200

Master Cutlery (Knives)
7 Azar Court
Halethorpe, MD 21227

North Carolina Dept Of Revenue
P.O. Box 25000
Raleigh, NC  27640

Pdi-Palay Display Industries
10901 Louisiana Avenue South
Bloomington, MN 55438

Debtor(s):  **Action Imports, LP**                    Case No.

Chapter: **11**                    **NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| Post Office<br>10090Oakwood Ln<br>Arlington, TX 76012 | Sana<br>9501-B Meachaca Rd. Ste 200<br>Austin, TX 78748 | Spectrum<br>Po Box60074<br>City of Industry, CA 91716-0074 |
| Premiere Business Printing<br>Po Box 13976<br>Arlington, TX 76094-0976 | Scandical<br>530 E. Pamalyn Ave., Ste. C.<br>Las Vegas, NV 89119 | Sphere Commerce<br>1033 Demonbreun Street, Suite 3<br>Nashville, TN 37203 |
| Priority 1<br>Po Box 840808<br>Dallas, TX 75284-0808 | SD Dept Revenue Stax<br>445 East Capitol Avenue<br>Pierre, SD 57501 | Sps Commerce, Inc<br>Po Box 205782<br>Dallas, TX 75320-5782 |
| Prostar Services Inc.<br>P.O. Box 110209<br>Carrolton, TX 75011-0209 | Secretary Of State Of Texas<br>P.O.Box 12887,<br>Austin, TX 78711-2887 | Squarespace.Com<br>225 Varick Street, 12Th Floor<br>New York, NY 10014 |
| Quality Fragrance Group<br>35 Sawgrass Drive<br>Bellport, NY 11713 | Shark Eyes, Inc.<br>2110 East 25Th Street<br>Vernon, CA 90058 | Ss Distro Usa<br>2099 Valleyview Lane #180A<br>Farmers Branch, TX 75234 |
| Quick Click Belts<br>1100 Avenue S<br>Grand Prairie, TX 75050-1252 | Shipping Easy<br>3700 N Capital Of Texas Hwy, Su<br>Austin, TX 78746 | State Comptroller<br>P.O. Box 149348<br>Austin, TX 78714-9358 |
| Quickbooks Payroll Service<br>2700 Coast Ave<br>Mountain View, CA 94043 | Shopify.Com<br>33 New Montgomery Street, Suite<br>San Francisco, CA 94105 | State of Califormia<br>P.O.Box 86276<br>Sacramento, CA 94230-6276 |
| Republic Waste Service<br>Dba Duncan Disposal #794<br>Po Box 78829<br>Phoenix, AZ 85062-8829 | South Caolina Department Of Reve<br>300 Outlet Pointe Blvd<br>Columbia, SC 29210 | State of Louisiana<br>617 North Third Street<br>Baton Rouge, LA 70802 |
| Rma Toll Processing<br>P.O. Box 734182<br>Dallas, TX 75373-4182 | South Dakota Department Of Reve<br>445 East Capitol Avenue<br>Pierre, SD 57501 | Suretybonds<br>803 E. Walnut St., 5Th Floor<br>Columbia, MO 65201 |
| Round 2 Llc<br>4073 Meghan Beeler Court<br>South Bend, IN 46628 | Spartan Printing Inc<br>320 109Th Street<br>Arlington, TX 76011 | Tarrant County Tax Assessor<br>100 E. Weatherford,<br>Fort Worth, TX 76196-0001 |

Debtor(s):  **Action Imports, LP**                     Case No.                          **NORTHERN DISTRICT OF TEXAS**
Chapter:  **11**                                                                                **FORT WORTH DIVISION**

Technology And Beyond
12440 Emily Ct., Suite 903
Sugarland, TX 77478

The Instore Group
Po Box 77202
Charlotte, NC 28271

Washington Department Of Revenue
820 Washington Street S
Olympia, WA 98504


Telesys
6840 Blvd. 26
Fort Worth, TX 76180

The Post Card Factory
Dept Ch 16466
Palatine, IL 60055-6466

Wells Fargo Equipment Finance,
600 South 4Th Street, 10Th Floor
Mac 9300-100
Minneapolis, MN 55415


Tennessee Department Of Revenue
500 Deaderick St
Nashville, TN 37242

The Ups Store
6060 Cornerstone Court West
San Diego, CA 92121

Wild Republic
1955 Midway Road
Twinsburg, OH 44087


Texas Comptroller Of Public Acc
111 East 17Th Street
Austin, TX 78774

Trader Bos Inc.
270 Park Ave
New York, NY 01001

Zeno Digital Solutions, Llc-Lea
Po Box 714862
Cincinnati, OH 45271


Texas Department Of State Health
P.O. Box 12008
Austin, TX 78711

U.S. Department Of Education Aw
Po Box 790356
St Louis, MO 63179-0356

Zeno Digitial Solutions-Support
14320 Midway Road, Ste. 100
Farmers Branch, TX 75244


Texas Food And Fuel Association
401 West 15Th Street, Suite 510
Austin, TX 78701

U.S. Department Of Homeland Sec
Washington, DC 20528

Zhejiang Orient Group, Ltd
No.199 Qingchun Road, Room 522
Hangzhou, China


Texas Health And Human Services
4601 W. Guadalupe St.
Austin, TX 78751

U.S. Department Of State
2201 C Street Nw
Washington, DC 20520


Texas National Bank
P.O. Box 710
Jacksonville, TX 75766

U.S. Trustee
1100 Commerce St. Rm 976
Dallas, TX 75242-0996


Texas National Bank
300 Neches Street
Jacksonville, TX 75766

Us Treasury
1500 Pennsylvania Avenue Nw
Washington, DC 20220


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0091

Virginia Department Of Taxation
P.O. Box 715
Richmond, VA 23218