

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 8, 2025

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ACTION IMPORTS, LP, | § | CASE NO. 25-42025-MXM11 |
| | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

### ORDER GRANTING BUCKET WONDERS LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

On this day came for consideration the Application for Allowance and Payment of Administrative Expense (the "Application") filed by Bucket Wonders LLC ("Movant"). The Court finds that notice of the Motion was reasonable and practicable under the circumstances and no objections were timely filed to the Application, or such objections were overruled. Based upon the Application and exhibits thereto, the prior record of this case, and the arguments of counsel, the Court finds that the Motion should be granted on the terms set forth herein. IT IS THEREFORE

ORDERED that Movant is hereby granted an allowed an administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $81,127.78.  IT IS FURTHER

ORDERED that Action Imports LP is hereby ordered to timely pay the foregoing claim.

# # # END OF ORDER # # #

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-42025-mxm |
| Action Imports, LP | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

**Recip ID        Recipient Name and Address**
db          +  Action Imports, LP, 1100 Ave S, Grand Prairie, TX 75050-1252

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Behrooz P. Vida -SBRA V | on behalf of Trustee Behrooz P. Vida -SBRA V behrooz@vidatrustee.com cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com |
| Bryan Rochelle | on behalf of Creditor Official Committee of Unsecured Creditors bryan.rochelle@romclaw.com dsalinas@romclaw.com;emoon@romclaw.com |
| Cleveland R. Burke | on behalf of Defendant Scott Pikarsky cburke@velawood.com   service@velawood.com;rayna-costanzo-0764@ecf.pacerpro.com |
| Craig Douglas Davis | on behalf of Plaintiff Action Imports  LP davisdavisandroberts@yahoo.com, der.notices@yahoo.com |
| Craig Douglas Davis | on behalf of Debtor Action Imports  LP davisdavisandroberts@yahoo.com, der.notices@yahoo.com |

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Dana S. Plon
    on behalf of Creditor FR Massachusetts 7 LLC dplon@sirlinlaw.com

Douglas A. Ritcheson
    on behalf of Creditor Texas National Bank dougr@rllawfirm.net mistyb@rllawfirm.net

Hudson M. Jobe
    on behalf of Creditor Bucket Wonders LLC hjobe@jobelawpllc.com
    cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

John Kendrick Turner
    on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

Lynn Hamilton Butler
    on behalf of Creditor Gulf Coast Bank And Trust Company lynn.butler@huschblackwell.com
    penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Marc W. Taubenfeld
    on behalf of Creditor FR Massachusetts 7 LLC mtaubenfeld@munsch.com, Courtmail@munsch.com

Matthew Carlton Wood
    on behalf of Defendant Pro Line Sports LTD dba Starmaker Distribution North America and dba Starmaker Distribution
    mwood@velawood.com

Matthew Carlton Wood
    on behalf of Counter-Claimant Scott Pikarsky mwood@velawood.com

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stephen R. Butler
    on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Susan B. Hersh
    on behalf of U.S. Trustee United States Trustee susan.hersh@usdoj.gov

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

TOTAL: 18